```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

DAVID ALBERT SMITH,

        Plaintiff,

v.　　　　　　　　　　　　　　Case No. 8:11-cv-964-T-33DNF

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

        Defendants.
_____/

## **ORDER**

This cause comes before the Court pursuant to the July 10, 2012, Report and Recommendation of Douglas N. Frazier, United States Magistrate Judge (Doc. # 19), in which Judge Frazier recommends that the decision of the Commissioner denying benefits be affirmed pursuant to sentence four of 42 U.S.C. § 405(g). As of this date, there are no objections to the Report and Recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de*

*novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of Douglas N. Frazier, United States Magistrate Judge (Doc. # 19), is **ACCEPTED** and **ADOPTED.**

(2) The decision of the Commissioner of Social Security denying benefits is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

(3) The Clerk is directed to enter judgment in favor of the Commissioner reflecting that the Commissioner's decision

denying benefits is affirmed, and thereafter to close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>30th</u> day of July, 2012.

                              VIRGINIA M. HERNANDEZ COVINGTON
                              UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record